# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00621-CV

**Texas Department of Insurance, Division of Workers' Compensation, Appellant**

**v.**

**Insurance Council of Texas, Service Lloyds Insurance Company,
and Old Republic General Insurance Group, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN501097, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed an agreed motion to dismiss this interlocutory appeal. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Agreed Motion

Filed: February 10, 2006